1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADILLA CONSTRUCTION COMPANY, et al., | Case No. CV 18-1214-GW-AGRx |
| Plaintiffs, | **ORDER TO DISMISS** |
| v. | |
| MARTIN J. WALSH, et al., | |
| Defendant. | |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed in its entirety as the parties have resolved the issue of attorney's fees.

    IT IS SO ORDERED.

Dated: March 4, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE